UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,              Case No. 26-11166

v.

                       Hon. F. Kay Behm
COUNTY OF WASHTENAW, *et al.*,   U.S. District Judge

     Defendants.

_____/

## ORDER REGARDING LOCAL COUNSEL

An attorney representing the United States or an agency of the United States may practice in this court in an official capacity without applying for admission. But if the attorney does not have an office in the district, they must designate the United States attorney or an assistant United States attorney for this district to receive service of all notices and papers. *See* E.D. Mich. LR 83.20(g). The court cautions counsel for Plaintiff that proceeding in this case while failing to specify local counsel or to obtain an exception from the local rule may result in appropriate sanctions. *See id.*; E.D. Mich. LR 11.1.

    **SO ORDERED.**

Dated: June 22, 2026          s/F. Kay Behm
                           F. Kay Behm
                           United States District Judge

1