UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
(SOUTHERN DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 4:26-cv-11166-FKB-EAS |
| v. | ) |
| | ) |
| COUNTY OF WASHTENAW, Michigan, *et al.,* | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER REGARDING BRIEFING SCHEDULE

This matter is before the Court on the Parties' Joint Motion Regarding Briefing Schedule.

(ECF 20). The Court grants the Motion and hereby orders that briefing on the Motions of Dismiss

proceed as follows:

| EVENT | DATE |
|---|---|
| Plaintiff's Opposition to Defendants' Joint Motion to Dismiss | Friday, July 17, 2026 |
| Defendants' Joint Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss | Friday, August 7, 2026 |

**SO ORDERED.**

DATE: June 29, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge

1