UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
(SOUTHERN DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 4:26-cv-11166-FKB-EAS |
| v. | ) |
| | ) |
| COUNTY OF WASHTENAW, Michigan, *et al.,* | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the Plaintiff's Unopposed Request for Waiver Regarding

Local Counsel.  (ECF 21). The Court grants Plaintiff's Request and hereby waives the local counsel

requirement for Plaintiff under Local Rule 83.20(f), to the extent it applies.

**SO ORDERED**

Dated: July 16, 2026                                    s/F. Kay Behm
                                                       F. Kay Behm
                                                       United States District Judge