# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF WASHTENAW, Michigan; ALYSHIA M. DYER, Sheriff of the County of Washtenaw, Michigan, in her official capacity; COUNTY OF WASHTENAW SHERIFF'S OFFICE; ELI SAVIT, Prosecuting Attorney for the County of Washtenaw, Michigan, in his official capacity; COUNTY OF WASHTENAW OFFICE OF THE PROSECUTING ATTORNEY; and the WASHTENAW COUNTY BOARD OF COMMISSIONERS,<br><br>Defendants. | Civ. Action No. 4:26-cv-11166<br><br>Hon. F. Kay Behm<br><br>Mag. Elizabeth A. Stafford |

## ORDER

Defendants' consent motion for an extension of the page limit for their reply brief in the above-captioned action is **GRANTED.**

**IT IS HEREBY ORDERED** that the page limit for Defendants' reply in support of their joint motion to dismiss is extended to 15 pages.

Date: August 6, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge