UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

COUNTY OF WASHTENAW, *et al.*,

Defendants.
_______________________________/

Case No. 26-11166

Hon. F. Kay Behm
U.S. District Judge

**JUDGMENT**

In accordance with the Opinion and Order entered this same day, this civil action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

Dated: August 21, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge