**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**(SOUTHERN DIVISION)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 4:26-cv-11166-FKB-EAS |
| v. | ) | |
| | ) | |
| COUNTY OF WASHTENAW, Michigan, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEAL**

Please take notice that Plaintiff United States of America hereby appeals to the United States Court of Appeals for the Sixth Circuit from this Court's Opinion and Order, ECF No. 30, and Judgment, ECF No. 31, entered on August 21, 2026.

DATE: October 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

HILARY K. PERKINS
Director
Enforcement & Affirmative Litigation Branch

JACQUELINE COLEMAN SNEAD
Deputy Director, Affirmative Litigation Section

*/s/ Robert O. Lindefjeld*
Robert O. Lindefjeld
Assistant Director (DC Bar No. 44423)
Enforcement & Affirmative Litigation Branch
Civil Division, U.S. Department of Justice
450 Fifth Street, N.W., Ste 6400 South
Washington, D.C. 20001
Telephone: (202) 451-7488
Email: robert.o.lindefjeld@usdoj.gov

*Attorneys for Plaintiff United States of America*